UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re  
Franklin Joseph Simonson and  
Cheryl Lynn Simonson,  
       Debtors.

Chapter 13  
Case No. 10−37602−svk

## NOTICE OF HEARING

TO:     Franklin Joseph Simonson         Attorney Ann R. Kramer  
            Cheryl Lynn Simonson            Trustee Mary B. Grossman  
                                                   Attorney James Huismann

    PLEASE TAKE NOTICE that a hearing will be held before Susan V. Kelley, Chief United States Bankruptcy Judge, on **December 15, 2015, at 11:30 AM,** in the United States Courthouse, Room 167, 517 East Wisconsin Avenue, Milwaukee, WI 53202 to consider the Trustee's Objection to Claim No. 20 of U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, by Caliber Home Loans, Inc.

This will be an evidentiary hearing. You should have previously received a copy of the Claim Objection related to this Notice of Hearing. If you did not receive this Claim Objection, contact the Objecting Party.

    **Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414−290−2660), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

                                                          By the Court:

                                                          _____/s/_____  
                                                          Susan V. Kelley  
November 12, 2015                                    Chief United States Bankruptcy Judge